JOHN HELWIG v. GEORGE S. HOSMER, WAYNE CIRCUIT JUDGE.

*Practice in circuit courts—Withdrawal of suit—Nonsuit.*

1. A plaintiff has a right to withdraw his case, or abandon his suit, at any time before taking the verdict of the jury.
2. Where after the testimony was all put in, and the parties had rested, the court adjourned for the day, and the attorney for the plaintiff failed to appear at the adjourned hour to argue the case, which argument the plaintiff desired to have made and requests to charge presented, the court should direct a nonsuit.

*Mandamus.* Submitted January 15, 1889. Granted January 16, 1889.

Relator applies for a *mandamus* requiring respondent to vacate a verdict and allow a new trial. The facts are stated in the opinion.

*E. S. Grece,* for relator.

*James H. Pound,* for respondent.

PER CURIAM. Helwig was plaintiff in a suit wherein Reinhold Schroeder was defendant, which was on trial in the Wayne circuit court. The parties had put in their testimony, and rested, when court adjourned for the day. The plaintiff desired to present requests to charge and have his cause argued before the jury by his attorney, who failed to appear at the adjourned hour, and the court, after waiting 15 minutes, proceeded to charge the jury, who subsequently returned a verdict for the defendant. The plaintiff afterwards made a motion for a new trial, insisting that the court could do no more than nonsuit the plaintiff, if he failed to proceed with his case after the trial commenced. The court overruled the motion. Plaintiff now asks that *mandamus* may issue requiring the circuit judge to vacate the verdict, and allow him a new trial of the case upon such terms as may be reasonable and proper.

*Held,* that the writ must be granted. The circuit judge, under the circumstances, should have directed a nonsuit. The plaintiff had the right to withdraw his case, or abandon his suit, at any time before taking the verdict of the jury.